UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Stephanie Shreter, Esquire
105 High Street
Mount Holly, NJ 08060

(609)265-9600

Order Filed on
**5/19/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re:<br><br>Christopher Briggs | Case No.:        09-15970<br><br>Chapter:        13<br><br>Hearing Date:<br><br>Judge:        Raymond T. Lyons |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: 5/19/2009**

_Raymond T. Lyons_
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Stephanie Shreter _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 500.00 _____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the aforesaid fee.

*Approved by Judge Raymond T. Lyons  May  19, 2009*